

EXHIBIT A



