

5/9/22, 3:20 PM — Search Results - Fanatics.com

**FREE U.S. SHIPPING ON ORDERS OVER $59**   USE CODE: 59SHIP

FanAuctions   FanCash   Learn More

**Fanatics**
OFFICIAL PARTNER

| NFL | COLLEGE | MLB | NBA | NHL | NASCAR | SOCCER | GOLF | GAMING | MORE | SALE | PLAYERS |

HURRY! ENDS IN: 08 HRS 39 MIN 34 SEC   CLEARANCE SALE!   UP TO 70% OFF

**Leagues**
- College
- NHL
- NFL
- NBA
- Golf
- MLB
- Olympics
- Soccer
- NASCAR
- AHL
- View all leagues

**Shop For**
- Men
- Ladies
- Kids
- Baby

1 - 72 of 1184   Top Sellers ▾   72 Items ▾

Hats   Sweatshirts   T-Shirts   Sale Items

◄  **1** 2 3 4 5 ►

$49⁹⁹          $49⁹⁹          $49⁹⁹

https://www.fanatics.com/?query=ice&_ref=p-HP:m-SEARCH                                        1/16

EXHIBIT C

5/9/22, 3:20 PM                                           Search Results - Fanatics.com

**Shipping** ∧

○ Ready to Ship

----

**Featured Departments** ∧

○ Hats
○ Sweatshirts
○ T-Shirts
○ Sale Items

----

**All Departments** ∧

○ Accessories
○ Auto Accessories
○ Collectibles & Memorabilia
○ Footwear
○ Golf & Sports Equipment
○ Hats
○ Home & Office
○ Jackets
○ Lawn & Garden
○ Pants
○ Polos
○ Rompers
○ Shorts
○ Sweatshirts
○ Swim & Beach
○ T-Shirts
○ Tailgate & Party

Tampa Bay Lightning Fanatics Authentic 2021 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2021 Stanley Cup Final

🏆 Most Popular in Collectibles & Memorabilia

Minnesota Wild vs. St. Louis Blues Fanatics Authentic Unsigned Crystal Puck - Filled with Ice from the 2022 NHL Winter Classic

Nashville Predators vs. Tampa Bay Lightning Fanatics Authentic 2022 NHL Stadium Series Crystal Puck - Filled with Game-Used Ice

🏆 Most Popular in Collectibles & Memorabilia

$49⁹⁹

Washington Capitals Fanatics Authentic 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final

$49⁹⁹

2022 NHL All-Star Game Fanatics Authentic Crystal Puck - Filled with Game-Used Ice

$49⁹⁹

Alex Ovechkin Washington Capitals Fanatics Authentic 700 Goals Crystal Puck - Filled with Ice from the 2019-20 NHL Season

5/9/22, 3:20 PM

Search Results - Fanatics.com



$79⁹⁹

Tampa Bay Lightning Fanatics Authentic
2021 Stanley Cup Champions Crystal
Stanley Cup - Filled with Ice From the 2021
Stanley Cup Final



$59⁹⁹

David Pastrnak Boston Bruins Fanatics
Authentic 12" x 15" 2021 NHL Outdoors at
Lake Tahoe Sublimated Plaque with
Game-Used Ice from the 2021 Outdoor
Games at Lake Tahoe - Limited Edition of
188



$79⁹⁹

Washington Capitals Fanatics Authentic
2018 Stanley Cup Champions Crystal
Stanley Cup Trophy - Filled with Ice From
the 2018 Stanley Cup Final



$59⁹⁹

Tampa Bay Lightning Fanatics Authentic
2021 Stanley Cup Champions 12" x 15"



$79⁹⁹

Tampa Bay Lightning Fanatics Authentic
2020 Stanley Cup Champions Crystal Puck



$59⁹⁹

Victor Hedman Tampa Bay Lightning
Fanatics Authentic 12" x 15" 2020 Stanley

5/9/22, 3:20 PM

Search Results - Fanatics.com

Sublimated Plaque with Game-Used Ice from the 2021 Stanley Cup Final - Limited Edition of 813

Filled with Ice from the 2020 Stanley Cup Final in Deluxe Display Case - Fanatics Exclusive

Cup Champions Sublimated Plaque with Game-Used Ice from the 2020 Stanley Cup Final - Limited Edition of 813







$79⁹⁹

Tampa Bay Lightning Fanatics Authentic 2020 Stanley Cup Champions Crystal Stanley Cup - Filled with Ice From the 2020 Stanley Cup Final

$49⁹⁹

Toronto Maple Leafs vs. Buffalo Sabres Fanatics Authentic 2022 NHL Heritage Classic Crystal Puck - Filled with Game-Used Ice

♔ Most Popular in Collectibles & Memorabilia

$49⁹⁹

Florida Panthers Fanatics Authentic Crystal Puck - Filled With Ice From the 2017-18 NHL Season

♔ Most Popular in Collectibles & Memorabilia

5/9/22, 3:20 PM

Search Results - Fanatics.com



$59⁹⁹

Andrei Vasilevskiy Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup
Champions 12" x 15" Sublimated Plaque
with Game-Used Ice from the 2021 Stanley
Cup Final - Limited Edition of 813





$49⁹⁹

Los Angeles Kings vs. Colorado Avalanche
Fanatics Authentic 2020 NHL Stadium
Series Crystal Puck - Filled with Ice from
the 2020 Stadium Series



$49⁹⁹

Montreal Canadiens vs. Tampa Bay
Lightning Fanatics Authentic 2021 Stanley
Cup Final Bound Dueling Crystal Puck -
Filled with Game-Used Ice from the 2021
Stanley Cup Final



$49⁹⁹

Nashville Predators Fanatics Authentic
2016 NHL All Star Game Crystal Puck -



$49⁹⁹

Fanatics Authentic 2018 NHL Winter
Classic New York Rangers vs. Buffalo



$149⁹⁹

Tampa Bay Lightning Fanatics Authentic
Framed 20" x 24" 2020 Stanley Cup
Champions 3-Photograph Collage with

5/6/22, 3:20 PM

Filled With Ice From The 2016 NHL All Star
Game

Search Results - Fanatics.com

Sabres Crystal Puck - Filled With Ice From
The 2018 Winter Classic

Game-Used Ice from the 2020 Stanley Cup
Final - Limited Edition of 813







$59⁹⁹

Brayden Point Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup
Champions 12" x 15" Sublimated Plaque
with Game-Used Ice from the 2021 Stanley
Cup Final - Limited Edition of 813

$59⁹⁹

Andrei Vasilevskiy Tampa Bay Lightning
Fanatics Authentic 12" x 15" 2020 Stanley
Cup Champions Sublimated Plaque with
Game-Used Ice from the 2020 Stanley Cup
Final - Limited Edition of 813

$59⁹⁹

Brayden Point Tampa Bay Lightning
Fanatics Authentic 12" x 15" 2020 Stanley
Cup Champions Sublimated Plaque with
Game-Used Ice from the 2020 Stanley Cup
Final - Limited Edition of 813







Search Results - Fanatics.com

$59⁹⁹

Nikita Kucherov Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup
Champions 12" x 15" Sublimated Plaque
with Game-Used Ice from the 2021 Stanley
Cup Final - Limited Edition of 813

$49⁹⁹

2018 NHL Stadium Series Toronto Maple
Leafs vs. Washington Capitals Crystal Puck
- Filled With Ice From The 2018 Stadium
Series - Limited Edition of 500

$59⁹⁹

Nikita Kucherov Tampa Bay Lightning
Fanatics Authentic 12" x 15" 2020 Stanley
Cup Champions Sublimated Plaque with
Game-Used Ice from the 2020 Stanley Cup
Final - Limited Edition of 813







$59⁹⁹

Victor Hedman Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup
Champions 12" x 15" Sublimated Plaque
with Game-Used Ice from the 2021 Stanley
Cup Final - Limited Edition of 813

$59⁹⁹

Steven Stamkos Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup
Champions 12" x 15" Sublimated Plaque
with Game-Used Ice from the 2021 Stanley
Cup Final - Limited Edition of 813

$29⁹⁹

Denver Pioneers Champion 2022 NCAA
Men's Ice Hockey National Champions
Locker Room T-Shirt - Heathered Gray

♀ Most Popular in Denver Pioneers

Search Results - Fanatics.com









$31⁹⁹

Boston Bruins Fanatics Branded Home Ice
Snapback Hat - Charcoal

$34⁹⁹

Denver Pioneers Fanatics Branded 2022
NCAA Men's Ice Hockey National
Champions Official Puck T-Shirt -
Heathered Gray

 Most Popular in T-Shirts

$31⁹⁹

New York Rangers Fanatics Branded
Home Ice Snapback Hat - Charcoal

 Most Popular in Hats







$34⁹⁹

Denver Pioneers Top of the World 2022
NCAA Men's Ice Hockey National

$25⁹⁹

Denver Pioneers WinCraft 2022 NCAA
Men's Ice Hockey National Champions

$36⁹⁹

Toronto Maple Leafs Infant Miracle On Ice
Raglan Pullover Hoodie & Pants Set -
White/Royal

5/9/22, 3:20 PM

Champions Locker Room Adjustable Hat - Black

Search Results - Fanatics.com

Locker Room 22" x 42" On-Ice Double-Sided Towel

🏆 Most Popular in Kids Sweatshirts

🏆 Most Popular in Denver Pioneers



Ready To Ship

$31.99

Detroit Red Wings Fanatics Branded Home Ice Snapback Hat - Charcoal

🏆 Most Popular in Hats



Ready To Ship

$34.99

Denver Pioneers Top of the World 2022 NCAA Men's Ice Hockey National Champions Crew Adjustable Hat - Crimson

🏆 Most Popular in Denver Pioneers



Ships Free

$69.99

Milwaukee Bucks Antigua Women's Ice Full-Zip Jacket - Green

5/9/22, 3:20 PM

Search Results - Fanatics.com



$79⁹⁹

Minnesota Wild Antigua Women's Ice Full
Zip Jacket - Green





$9⁹⁹

Denver Pioneers WinCraft 2022 NCAA
Men's Ice Hockey National Champions
Hockey Puck

♕ Most Popular In Denver Pioneers



$69⁹⁹

Green Bay Packers New Era Women's Ice-
Dye Full-Zip Hoodie - White

♕ Most Popular In Ladies Sweatshirts



$33⁹⁹

Jacksonville Jaguars New Era Iced
39THIRTY Flex Hat - White



$29⁹⁹

Seattle Kraken Newborn & Infant Puck
Happy Bodysuit, Bib & Booties Set - Ice
Blue/Deep Sea Blue



$11⁹⁹

Denver Pioneers WinCraft 2022 NCAA
Men's Ice Hockey National Champions 12"
x 30" Premium Pennant

5/9/22, 3:20 PM                                          Search Results - Fanatics.com



$36⁹⁹

Washington Capitals Infant Miracle On Ice
Raglan Pullover Hoodie & Pants Set -
Red/Navy

 Most Popular in Kids Sweatshirts



$59⁹⁹

Kirill Kaprizov Minnesota Wild Fanatics
Authentic 2022 Winter Classic 12" x 15"
Sublimated Plaque with Game-Used Ice



$29⁹⁹

New York Rangers Fanatics Branded Ice
Field Flex Hat - Gray



$44⁹⁹

Toronto Maple Leafs Preschool Miracle On
Ice Pullover Hoodie & Pants Set -



$39⁹⁹

Los Angeles Kings Toddler Miracle On Ice
Raglan Pullover Hoodie & Pants Set -



$36⁹⁹

Seattle Kraken Infant Miracle On Ice
Raglan Pullover Hoodie & Pants Set - Deep

https://www.fanatics.com/?query=ice&_ref=p-HP:m-SEARCH

11/16

5/8/22, 3:20 PM

Search Results - Fanatics.com

White/Blue

Gray/Black

Sea Blue/Light Blue

🏆 **Most Popular in Kids Sweatshirts**



Ready To Ship

$39⁹⁹

Pittsburgh Penguins Toddler Miracle On
Ice Raglan Pullover Hoodie & Pants Set -
Gold/Black

🏆 **Most Popular in Kids Sweatshirts**



Ready To Ship

$29⁹⁹

Buffalo Sabres Fanatics Branded Ice Field
Flex Hat - Gray

🏆 **Most Popular in Hats**



Ready To Ship

$33⁹⁹

Los Angeles Chargers New Era Iced II
39THIRTY Flex Hat - White



New York Rangers



Almost Gone!

Ready To Ship



Ships Free

Ready To Ship

5/9/22, 3:20 PM

Search Results - Fanatics.com

$34⁹⁹
New York Rangers iPhone Tilt Bump Ice Case

$44⁹⁹
Buffalo Bills New Era Women's Ice-Dye Lounge Pants - White/Mint

♕ Most Popular in Ladies Pants

$69⁹⁹
Pittsburgh Steelers New Era Women's Ice-Dye Full-Zip Hoodie - White



$33⁹⁹
Kansas City Chiefs New Era Kingdom Iced II 39THIRTY Flex Hat - White



$31⁹⁹
Boston Bruins Fanatics Branded Authentic Pro Home Ice Striped Snapback Hat - Gray



$69⁹⁹
Philadelphia Eagles New Era Women's Ice-Dye Full-Zip Hoodie - White

♕ Most Popular in Ladies Sweatshirts

5/9/22, 3:20 PM                                Search Results - Fanatics.com



**$29⁹⁹**

Boston Bruins Fanatics Branded Ice Field
Flex Hat - Gray



**$49⁹⁹**

Minnesota Golden Gophers Fanatics
Authentic Game-Used Ice Crystal Puck
From 100th Season

🏆 Most Popular in Collectibles &
Memorabilia



**$33⁹⁹**

New York Jets New Era Iced II 39THIRTY
Flex Hat - White

🏆 Most Popular in Hats

**$34⁹⁹**

Los Angeles Kings iPhone Bump Ice Case

**$33⁹⁹**

Philadelphia Flyers Fanatics Branded
Authentic Pro Black Ice Flex Hat



**$18⁹⁹**

Denver Pioneers WinCraft 2022 NCAA
Men's Ice Hockey National Champions
Mini Hockey Stick

5/9/22, 3:20 PM

Search Results - Fanatics.com

♡ Most Popular in Mens Hats



**Ships Free**

**Ready To Ship**

$69⁹⁹

Buffalo Bills New Era Women's Ice-Dye
Full-Zip Hoodie - White

**Ready To Ship**

$42⁹⁹

Denver Pioneers WinCraft 2022 NCAA
Men's Ice Hockey National Champions 3' x
5' One-Sided Deluxe Flag

**Ready To Ship**

$44⁹⁹

San Francisco 49ers New Era Women's Ice-
Dye Lounge Pants - White/Mint

**Ready To Ship**

$29⁹⁹

**Ready To Ship**

$31⁹⁹

**Ready To Ship**

$36⁹⁹

5/9/22, 3:20 PM

Philadelphia Flyers Fanatics Branded Ice
Field Flex Hat - Gray

Los Angeles Kings Fanatics Branded Home
Ice Snapback Hat - Charcoal

Chicago Blackhawks Infant Miracle On Ice
Raglan Pullover Hoodie & Pants Set -
Red/Black

◀ | 1 | 2  3  4  5   ▶

   

| Customer Service | Worry Free Shopping | Information | Get the App |
|---|---|---|---|
| Help | Promo Exclusions | About Us |  |
| Track My Order | Coupons & Promotions | Advertise With Us | Stay updated on sales, new items and more. |
| Shipping | Customer Testimonials | Affiliate Program | SIGN UP & SAVE! |
| Size Chart | Satisfaction Guarantee | Ambassador Program | |
| Gift Cards | Safe Shopping | FanCash Rewards | Follow Us |
| Zip | 365-Day Returns | FanCash+ | |
| | SHOPRUNNER | FanCash Rewards Card | |
| | | Fanatics Live | |
| | | Corporate Info | |
| | | Careers | |
| | | Volume Sales | |
| | | All In Challenge | |

Privacy Policy  |  Do Not Sell My Personal Information  |  Terms of Use  |  Interest-Based Advertisement  |  CA Supply Chains Act/UK Modern Slavery Act  |  Site Map  |
Shopping Internationally? Visit fanatics.co.uk

© Fanatics, Inc., 2022. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

VISA

5/9/22, 3:22 PM          San Jose Sharks vs. Edmonton Oilers Crystal Puck - Filled With Ice from the First Round of the 2017 Stanley Cup Playoffs - Other Game Used NHL Items at Amazon's Sports Collect...

**amazon**   Hello
⦿ **Select your address**    All ▾  | NHL Game Ice Puck                    🔍 |   🏳 ▾   Hello, Sign in   **Account & Lists** ▾   Returns   **& Orders**   🛒

≡ **All**   Best Sellers   Amazon Basics   Customer Service   New Releases   Prime ▾   Today's Deals   Music   Books        **Gear up for spring outdoors**

**Sports Collectibles**   Collectibles & Fine Art   Baseball   Basketball   Football   Hockey   Other Sports   Fan Shop   Entertainment Collectibles

explore  **Connect live with local hosts around the world**   Browse now ›

Collectibles & Fine Art › Sports › Stadium Components

## n Jose Sharks vs. Edmonton .ers Crystal Puck - Filled With  from the First Round of the 17 Stanley Cup Playoffs - her Game Used NHL Items

the Sports Memorabilia Store
★★★★★ ˅   8 ratings                                      ⬆

$49⁹⁹

|  |  |
| --- | --- |
| ithenticity Provided | Fanatics Authentic |
| ade Rating | Excellent |
| itographed | No |
| am | San Jose Sharks |
| ague | NHL |

˅ See more

- Comes with a Certificate of Authenticity from Fanatics Authentic

$49⁹⁹

FREE delivery **May 13 - 18.** Details

Or fastest delivery **May 12 - 17.** Details

⦿ Select delivery location

In stock.
Usually ships within 2 to 3 days.

Qty: 1 ˅

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Sports Memorabilia
Sold by      Sports Memorabilia

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt ˅

Roll over image to zoom in



5/9/22, 3:23 PM

○ Home & Office
○ Hoodies & Sweatshirts
○ T-Shirts
○ Sale Items

**All Departments**   ⌃

○ Accessories
○ Collectibles
○ Footwear
○ Golf & Sporting Goods
○ Hats
○ Home & Office
○ Hoodies & Sweatshirts
○ Jackets
○ Pants
○ Rompers
○ Swim Collection
○ T-Shirts
○ Tailgating
○ Sale Items

**Price Range**   ⌃

○ Less than $10
○ $10 to $20
○ $20 to $40
○ $40 to $60
○ Over $60

**Popular Collection**   ⌃

○ Winter Classic Gear

**New Collections**   ⌃

○ Champion Orange & Black Collection
○ NHL Breakaway Jerseys



Ships Free

$49⁹⁹

Washington Capitals Fanatics Authentic 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final



Ships Free

$49⁹⁹

2022 NHL All-Star Game Fanatics Authentic Crystal Puck - Filled with Game-Used Ice



Ships Free

$49⁹⁹

Washington Capitals Alex Ovechkin Fanatics Authentic 700 Goals Crystal Puck - Filled with Ice from the 2019-20 NHL Season



Ships Free

$79⁹⁹

Tampa Bay Lightning Fanatics Authentic 2021 Stanley Cup Champions Crystal Stanley Cup - Filled with Ice From the 2021 Stanley Cup Final



Ships Free

$59⁹⁹

Tampa Bay Lightning Fanatics Authentic 2021 Stanley Cup Champions 12" x 15" Sublimated Plaque with Game-Used Ice from the 2021 Stanley Cup Final - Limited Edition of 813



Ships Free

$59⁹⁹

Boston Bruins David Pastrnak Fanatics Authentic 12" x 15" 2021 NHL Outdoors at Lake Tahoe Sublimated Plaque with Game-Used Ice from the 2021 Outdoor Games at Lake Tahoe - Limited Edition of 188

○ Hometown Collection

○ Gift Boxes



$79⁹⁹

Washington Capitals Fanatics Authentic 2018
Stanley Cup Champions Crystal Stanley Cup
Trophy - Filled with Ice From the 2018 Stanley Cup
Final



$79⁹⁹

Tampa Bay Lightning Fanatics Authentic 2020
Stanley Cup Champions Crystal Puck Filled with
Ice from the 2020 Stanley Cup Final in Deluxe
Display Case - Fanatics Exclusive



$59⁹⁹

Tampa Bay Lightning Victor Hedman Fanatics
Authentic 12" x 15" 2020 Stanley Cup Champions
Sublimated Plaque with Game-Used Ice from the
2020 Stanley Cup Final - Limited Edition of 813



$79⁹⁹

Tampa Bay Lightning Fanatics Authentic 2020
Stanley Cup Champions Crystal Stanley Cup -



$49⁹⁹

Toronto Maple Leafs vs. Buffalo Sabres Fanatics
Authentic 2022 NHL Heritage Classic Crystal Puck



$49⁹⁹

Florida Panthers Fanatics Authentic Crystal Puck -
Filled With Ice From the 2017-18 NHL Season

5/9/22, 3:23 PM

Filled with Ice From the 2020 Stanley Cup Final

- Filled with Game-Used Ice

♕ Most Popular in Collectibles & Memorabilia

♕ Most Popular in Collectibles & Memorabilia



**$59⁹⁹**

Tampa Bay Lightning Andrei Vasilevskiy Fanatics
Authentic 2021 Stanley Cup Champions 12" x 15"
Sublimated Plaque with Game-Used Ice from the
2021 Stanley Cup Final - Limited Edition of 813



**$49⁹⁹**

Los Angeles Kings vs. Colorado Avalanche
Fanatics Authentic 2020 NHL Stadium Series
Crystal Puck - Filled with Ice from the 2020
Stadium Series



**$49⁹⁹**

Montreal Canadiens vs. Tampa Bay Lightning
Fanatics Authentic 2021 Stanley Cup Final Bound
Dueling Crystal Puck - Filled with Game-Used Ice
from the 2021 Stanley Cup Final







$49⁹⁹
Nashville Predators Fanatics Authentic 2016 NHL All Star Game Crystal Puck - Filled With Ice From The 2016 NHL All Star Game

$49⁹⁹
Fanatics Authentic 2018 NHL Winter Classic New York Rangers vs. Buffalo Sabres Crystal Puck - Filled With Ice From The 2018 Winter Classic

$149⁹⁹
Tampa Bay Lightning Fanatics Authentic Framed 20" x 24" 2020 Stanley Cup Champions 3-Photograph Collage with Game-Used Ice from the 2020 Stanley Cup Final - Limited Edition of 813



Ships Free



Ships Free



Ships Free

$59⁹⁹

Tampa Bay Lightning Brayden Point Fanatics Authentic 2021 Stanley Cup Champions 12" x 15" Sublimated Plaque with Game-Used Ice from the 2021 Stanley Cup Final - Limited Edition of 813

$59⁹⁹

Tampa Bay Lightning Andrei Vasilevskiy Fanatics Authentic 12" x 15" 2020 Stanley Cup Champions Sublimated Plaque with Game-Used Ice from the 2020 Stanley Cup Final - Limited Edition of 813

$59⁹⁹

Tampa Bay Lightning Brayden Point Fanatics Authentic 12" x 15" 2020 Stanley Cup Champions Sublimated Plaque with Game-Used Ice from the 2020 Stanley Cup Final - Limited Edition of 813

https://shop.nhl.com/?query=ice&_ref=p-PDP:m-SEARCH



**Ships Free**

$59⁹⁹

Tampa Bay Lightning Nikita Kucherov Fanatics
Authentic 2021 Stanley Cup Champions 12" x 15"
Sublimated Plaque with Game-Used Ice from the
2021 Stanley Cup Final - Limited Edition of 813



**Ships Free**

$49⁹⁹

2018 NHL Stadium Series Toronto Maple Leafs vs.
Washington Capitals Crystal Puck - Filled With Ice
From The 2018 Stadium Series - Limited Edition of
500



**Ships Free**

$59⁹⁹

Tampa Bay Lightning Nikita Kucherov Fanatics
Authentic 12" x 15" 2020 Stanley Cup Champions
Sublimated Plaque with Game-Used Ice from the
2020 Stanley Cup Final - Limited Edition of 813



**Ships Free**

$59⁹⁹

Tampa Bay Lightning Victor Hedman Fanatics
Authentic 2021 Stanley Cup Champions 12" x 15"
Sublimated Plaque with Game-Used Ice from the
2021 Stanley Cup Final - Limited Edition of 813



**Ships Free**

$59⁹⁹

Tampa Bay Lightning Steven Stamkos Fanatics
Authentic 2021 Stanley Cup Champions 12" x 15"
Sublimated Plaque with Game-Used Ice from the
2021 Stanley Cup Final - Limited Edition of 813



**Ready To Ship**

$31⁹⁹

Men's Boston Bruins Fanatics Branded Charcoal
Home Ice Snapback Hat



$31⁹⁹

Men's New York Rangers Fanatics Branded
Charcoal Home Ice Snapback Hat

🏆 Most Popular in Hats



$36⁹⁹

Infant Toronto Maple Leafs White/Royal Miracle
On Ice Pullover Hoodie & Pants Set

🏆 Most Popular in Kids Sweatshirts



$31⁹⁹

Men's Detroit Red Wings Fanatics Branded
Charcoal Home Ice Snapback Hat

🏆 Most Popular in Hats



$79⁹⁹

Women's Minnesota Wild Antigua Green Ice Full
Zip Jacket



$29⁹⁹

Newborn & Infant Seattle Kraken Ice Blue/Deep
Sea Blue Puck Happy Bodysuit, Bib & Booties Set



$36⁹⁹

Infant Washington Capitals Red/Navy Miracle On
Ice Pullover Hoodie & Pants Set

🏆 Most Popular in Kids Sweatshirts



$59⁹⁹

Minnesota Wild Kirill Kaprizov Fanatics Authentic 2022 Winter Classic 12" x 15" Sublimated Plaque with Game-Used Ice



$29⁹⁹

Men's New York Rangers Fanatics Branded Gray Ice Field Flex Hat



$44⁹⁹

Preschool Toronto Maple Leafs White/Blue Miracle On Ice Pullover Hoodie & Pants Set



$39⁹⁹

Toddler Los Angeles Kings Gray/Black Miracle On Ice Raglan Pullover Hoodie & Pants Set



$36⁹⁹

Infant Seattle Kraken Deep Sea Blue/Light Blue Miracle On Ice Pullover Hoodie & Pants Set



$39⁹⁹

Toddler Pittsburgh Penguins Gold/Black Miracle On Ice Raglan Pullover Hoodie & Pants Set

https://shop.nhl.com/?query=ice&_ref=p-PDP:m-SEARCH

🏆 Most Popular in Kids Sweatshirts

🏆 Most Popular in Kids Sweatshirts



Ready To Ship

$29⁹⁹

Men's Buffalo Sabres Fanatics Branded Gray Ice
Field Flex Hat

🏆 Most Popular in Hats



$34⁹⁹

New York Rangers iPhone Tilt Bump Ice Case



Almost Gone

Ready To Ship

$31⁹⁹

Men's Boston Bruins Fanatics Branded Gray
Authentic Pro Home Ice Striped Snapback Hat



Ready To Ship

$29⁹⁹



Almost Gone

Ready To Ship

$33⁹⁹



$34⁹⁹

Los Angeles Kings iPhone Bump Ice Case

5/9/22, 3:23 PM

https://shop.nhl.com/?query=Ice&_ref=p-PDP:m-SEARCH

Men's Boston Bruins Fanatics Branded Gray Ice
Field Flex Hat

Men's Philadelphia Flyers Fanatics Branded
Authentic Pro Black Ice Flex Hat

♥ Most Popular in Mens Hats



Ready To Ship

$29⁹⁹

Men's Philadelphia Flyers Fanatics Branded Gray
Ice Field Flex Hat



Ready To Ship

$31⁹⁹

Men's Los Angeles Kings Fanatics Branded
Charcoal Home Ice Snapback Hat



Ready To Ship

$36⁹⁹

Infant Chicago Blackhawks Red/Black Miracle On
Ice Pullover Hoodie & Pants Set



Ready To Ship

$29⁹⁹



Ready To Ship

$29⁹⁹



Almost Gone!

Ready To Ship

$39⁹⁹

https://shop.nhl.com/?query=Ice&_ref=p-PDP:m-SEARCH

Men's St. Louis Blues Fanatics Branded Gray Ice Field Flex Hat

Men's Washington Capitals Fanatics Branded Gray Ice Field Flex Hat

Toddler Seattle Kraken Light Blue/Deep Sea Blue Miracle On Ice Raglan Pullover Hoodie & Pants Set

🏆 Most Popular in Kids Sweatshirts



$36⁹⁹

Infant Pittsburgh Penguins Gold/Black Miracle On Ice Pullover Hoodie & Pants Set



$44⁹⁹

Preschool St. Louis Blues Gold/Blue Miracle On Ice Pullover Hoodie & Pants Set



$59⁹⁹

Chicago Blackhawks Fanatics Authentic 12" x 15" 2013 NHL Stanley Cup Final Champions Sublimated Plaque with Game-Used Ice

🏆 Most Popular in Collectibles & Memorabilia







5/9/22, 3:23 PM

https://shop.nhl.com/?query=ice&_ref=p-PDP:m-SEARCH

$34⁹⁹

Pittsburgh Penguins iPhone Tilt Bump Ice Case

$49⁹⁹

Pittsburgh Penguins Fanatics Authentic 2017 Stanley Cup Champions Crystal Puck - Filled With Ice From the 2017 Stanley Cup Final

$29⁹⁹

Men's Nashville Predators Fanatics Branded Gray Ice Field Flex Hat



Ready To Ship

$39⁹⁹

Toddler Tampa Bay Lightning White/Blue Miracle On Ice Raglan Pullover Hoodie & Pants Set



Ready To Ship

$31⁹⁹

Men's Toronto Maple Leafs Fanatics Branded Charcoal Home Ice Snapback Hat



Ships Free

$149⁹⁹

Minnesota Wild vs. St. Louis Blues Fanatics Authentic Framed 20" x 24" 3-Photograph Collage with Game-Used Ice from the 2022 NHL Winter Classic



$44⁹⁹

Preschool Tampa Bay Lightning White/Blue
Miracle On Ice Pullover Hoodie & Pants Set



$31⁹⁹

Men's Philadelphia Flyers Fanatics Branded
Charcoal Home Ice Snapback Hat



$33⁹⁹

Men's Chicago Blackhawks Fanatics Branded
Authentic Pro Black Ice Flex Hat



$44⁹⁹

Preschool Chicago Blackhawks Red/Black Miracle
On Ice Pullover Hoodie & Pants Set



$29⁹⁹

Men's Boston Bruins Fanatics Branded Black
Authentic Pro Black Ice Adjustable Snapback Hat



$39⁹⁹

Toddler Philadelphia Flyers Orange/Black Miracle
On Ice Raglan Pullover Hoodie & Pants Set

5/9/22, 3:23 PM



**$39⁹⁹**

Toddler San Jose Sharks Teal/Black Miracle On Ice
Raglan Pullover Hoodie & Pants Set



**$31⁹⁹**

Men's Chicago Blackhawks Fanatics Branded
Charcoal Home Ice Snapback Hat





**$79⁹⁹**

Women's Florida Panthers Antigua Red Ice Full Zip
Jacket

◄  1  2  3  4  5  ►

    

---

| Customer Service | Worry Free Shopping | Information | Stay updated on sales, new items and more. |
|---|---|---|---|
| Help | Safe Shopping | My Account |  |
| Size Chart | 90-Day Returns | About Us | Follow Us |
| Track Order | SHOPRUNNER | Affiliate Program | |
| | | Military Discount | |
| | | First Responder Discount | |
| | | Gift Cards | |

5/9/22, 3:23 PM                                                    https://shop.nhl.com/?query=Ice&_ref=p-PDP:m-SEARCH

Privacy Policy  |  Do Not Sell My Personal Information  |  Terms & Conditions  |  CA Supply Chains Act/UK Modern Slavery Act  |  Site Map  |  Shopping Internationally? Visit shop.international.nhl.com
© Fanatics, Inc. 2022. All Rights Reserved. NHL and the NHL Shield are registered trademarks of the National Hockey League.  NHL and NHL team marks are the property of the NHL and its teams.  © NHL 2022.  All Rights Reserved.

5/8/22, 3:24 PM                    Washington Capitals 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final



SIGN UP & SAVE 10%

WASHINGTON CAPITALS  /  PRODUCT ID: 3180450



## Washington Capitals 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final

In Stock - This item will ship within 3 business days.

Your Price: $49⁹⁹

Quantity

| 1 | ∨ | Add to Cart |

You earn $1.50 FanCash on this item ⓘ

Shipping                                    —

• This item will ship within 3 business days.

Details                                     +

Description                                 +

Washington Capitals 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final



 

## You May Also Like



$79⁹⁹

Washington Capitals 2018 Stanley Cup
Champions Crystal Stanley Cup Trophy -
Filled with Ice From the 2018 Stanley
Cup Final



$49⁹⁹

Washington Capitals 2018 Stanley
Cup Champions Framed 15" x 17"
Collage



$49⁹⁹

Alex Ovechkin Washington Capitals
2018 Stanley Cup Champions Logo
Deluxe Tall Hockey Puck Case



$49⁹⁹

Washington Capitals 2018 Stanley
Cup Champions Logo Deluxe Tall
Hockey Puck Case



$39⁹⁹

Washington Capitals
Cup Champions Mah
Puck Logo Display Ca

5/8/22, 3:24 PM                      Washington Capitals 2018 Stanley Cup Champions Crystal Puck - Filled with Ice From the 2018 Stanley Cup Final

| Customer Service | Worry Free Shopping | Information | Stay updated on sales, new items and more |
|---|---|---|---|
| Help | Safe Shopping | My Account | SIGN UP & SAVE 10% |
| Track Order | Shipping Rates | About Us | |
| Size Chart | Return Policy | | |

Privacy Policy   |   Do Not Sell My Personal Information   |   Terms of Use   |   Interest-Based Advertisement   |   CA Supply Chains Act/UK Modern Slavery Act   |   Site Map

© Fanatics, Inc., 2022. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

VISA

6/9/22, 3:23 PM                                Minnesota Golden Gophers Game-Used Ice Crystal Puck From 100th Season

SIGN UP & SAVE 10%

FanCash Learn More



**GOLDEN GOPHERS FAN SHOP**
A ⏚ Fanatics Experience

Search

| MEN | WOMEN | KIDS | T-SHIRTS | SWEATSHIRTS | HATS | JERSEYS | ACCESSORIES | HOME & OFFICE | GAMEDAY & TAILGATE | CLEARANCE |

SIGN UP & SAVE 10%

MINNESOTA GOLDEN GOPHERS   /   MINNESOTA GOLDEN GOPHERS COLLECTIBLES & MEMORABILIA   /   PRODUCT ID: 4754072



### Minnesota Golden Gophers Game-Used Ice Crystal Puck From 100th Season

In Stock - This item will ship within 3 business days.

Your Price: $49⁹⁹

🏆 Most Popular in Collectibles & Memorabilia

Quantity

| 1 ⌄ | Add to Cart |

Earn FanCash on all purchases! ⓘ

Shipping                                                    —

• This item will ship within 3 business days.

Details                                                     +

5/9/22, 3:23 PM          Minnesota Golden Gophers Game-Used Ice Crystal Puck From 100th Season



Description                                                                    +

You May Also Like











$49⁴⁹

Minnesota Golden Gophers 3-Piece BBQ Set

$39⁹⁹

Minnesota Golden Gophers Laser-Cut Steel Mascot Garden Stake

$49⁹⁹

Minnesota Golden Gophers Yard Dice Game

$44⁹⁹

Silver Minnesota Golden Gophers Wine Stopper

$37⁹⁹

Black Minnesota Gol 15oz. Personalized M

**Customer Service**

Help

Track Order

Size Chart

**Worry Free Shopping**

Safe Shopping

Shipping Rates

Return Policy

**Information**

My Account

About Us

Stay updated on sales, new items and more

SIGN UP & SAVE 10%

Minnesota Golden Gophers Game-Used Ice Crystal Puck From 100th Season

Privacy Policy   |   Do Not Sell My Personal Information   |   Terms of Use   |   Interest-Based Advertising   |   CA Supply Chains Act/UK Modern Slavery Act   |   Site Map
© Fanatics, Inc., 2022. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

VISA