IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GRONDIN, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| FANATICS, INC., *Defendant* | : : : | No. 22-1946 |

### ORDER

AND NOW, this _9th_ day of January, 2023, upon consideration of Defendant Fanatics, Inc.'s Motion to Dismiss (Doc. No. 15), the response and reply thereto, and the oral argument held on December 12, 2022, it is hereby **ORDERED** that Fanatics' motion (Doc. No. 15) is **GRANTED.** Mr. Grondin's amended complaint (Doc. No. 13) is **DISMISSED** without prejudice.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1