IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GRONDIN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FANATICS, INC., | : | No. 22-1946 |
| *Defendant* | : | |

## ORDER

AND NOW, this 14th day of April, 2023, upon consideration of Defendant Fanatics, Inc.'s Motion to Dismiss (Doc. No. 33), and the response and reply thereto, it is hereby **ORDERED** that Fanatics' motion (Doc. No. 33) is **GRANTED.** Mr. Grondin's Second Amended Complaint (Doc. No. 32) is **DISMISSED** with prejudice.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1