IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GRONDIN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FANATICS, INC., | : | No. 22-1946 |
| *Defendant* | : | |

## ORDER

AND NOW, this 24th day of May, 2023, upon consideration of Mr. Grondin's Motion for Reconsideration (Doc. No. 38) and Fanatics' Response (Doc. No. 39), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Grondin's motion (Doc. No. 38) is **DENIED.** It is further **ORDERED** that Fanatics' request for attorney's fees under 28 U.S.C. § 1927 is **DENIED.**

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1